## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jesse R. May,                                    :
                          Petitioner             :
                                                 :
              v.                                 :
                                                 :
Dana Corporation (Workers'                       :
Compensation Appeal Board),                      :
                          Respondent             :        No. 1511 C.D. 2022

**PER CURIAM**                     **O R D E R**

      NOW, March 20, 2024, upon consideration of Petitioner's application for reargument, the application is DENIED.